10-21-2020

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

✓ Tampa  Division

FILED

2021 DEC -7  PM 4: 08

|  |  |
|---|---|
| Leslie P. Pal nec Powell | ) Case No. 8:21 CV 2850 CEH-JSS |
| _____ | ) ___(to be filled in by the Clerk's Office)___ |
| **Plaintiff(s)** | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☑Yes ☐No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
| US. NAVy/usmc & FBI, CIA | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name           Leslie Powellcraft Pal

Street Address    507 Kumquat Ct.

City and County   Sarasota,  FL  34236  (Sarasota

State and Zip Code                                 County)

Telephone Number  941-302-3870

E-mail Address    leslleypowell 29 @ gmail.com

B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name · · · · · · · · · · · · · · · · · US NAVY

Job or Title *(if known)* · · · · John (7·2·2018) Specialist

Street Address · · · · · · · · · Coronado U.S. NAVY Base

City and County · · · · · · · · San Diego ;

State and Zip Code · · · · · · SD, California —

Telephone Number · · · · · · 619 - 524 - 6999

E-mail Address *(if known)* · — · · · · · · · · · · JAG. 619. 5A5. 8193

Defendant No. 2

Name · · · · · · · · · · · · · · · · · us NAVY —

Job or Title *(if known)* · · · · Dave Scoff  San Diego, CA NAVY Base

Street Address · · · · · · · · · San Diego, CA us. NAVY Base

City and County · · · · · · · · SD;

State and Zip Code · · · · · · CA.

Telephone Number · · · · · · 619·524·2030

E-mail Address *(if known)* · ~~btg~~ 619 - 770 - 5163

Defendant No. 3

Name · · · · · · · · · · · · · · · · · Doodie Marine & Greg Shields - forme

Job or Title *(if known)* · · · · us mc Supervisor   CIA Rep.

Street Address

City and County · · · · · · · · Camp LeJeune, NC   & San Than, PRico.

State and Zip Code · · · · · · NC;

Telephone Number · · · · · · Unknown / was in Bradenton, FL

E-mail Address *(if known)* · unknown

Defendant No. 4

Name · · · · · · · · · · · · · · · · · FBI

Job or Title *(if known)* · · · · Attn: agent Sanguin, Simons

Street Address

City and County · · · · · · · · Miami FL & Louisville, KY

State and Zip Code · · · · · · Louisville,

Telephone Number · · · · · · 205 - 555-1212 ; 562 - 555-1212

E-mail Address *(if known)* · Tampa, FL   813 - 253 - 1000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights housing & living arrangements, phone availability (Criminal)te contempt of court money owed 1-27-18 Judge Hudson Federal Specialty Judge Colorado Spring.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

Drugged for money 5 year - 21. No allocation after known learning study ; ie Lizann Mulligan Asst. Director Physical Design University of Cat.

1.    The Plaintiff(s)

a.    If the plaintiff is an individual    Leslie Pal    nec Powell    John

The plaintiff, *(name)* Doodie US Marine & US Navy, is a citizen of the

State of *(name)* Florida .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual    John Navy

The defendant, *(name)* Doodie US Marine & US Navy, is a citizen of

the State of *(name)* Florida & California. Or is a citizen of

*(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

867,000 :    400,000  wire Jim & Dawn Powell 10/23/20
+  250,000  Ven
+   18,000  IRS 2019           . 48,000 Study Terms "
     1,800  IRS 2020              12/23/18 —
                                          2/23/2020
     1,400  IRS 2021 stmt
    19,000  Geico
    11,422  FOOD Stamps 7 years

**III.    Statement of Claim**    et al; etc.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Money promised from various sources; insurance claims 2018-2021, tax returns (2019-2022), & food stamp-2014—
& wires from 5/2020 to 12-7-21; Food stamp.
Decorated Protected Veteran's daughter since 12·19·14, No housing or CAR Rental or ownership provided; NO security, & No privacy for living, [Exhibits 1, 2. see following]

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

. Money is for MAG attorney settlement 2/14/2019
   of 100K & &400K 2019, security & housing over 10 years.
Money for travel over 10 years S/p FBI PROgram,
   FBI only/custody of US NAVY.
. Visit Family, They've filed since 2019, ex-husband since 2018 in Judge HONORES Court Austin, DC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-7-21

Signature of Plaintiff    _Leslie P. Pal_

Printed Name of Plaintiff    Leslie P. Pal

### B.    For Attorneys

Greg Hirschauer 11-13-20 ; Dwayne Cross attorney 8-11-21.

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm    Greg Hirschauer

Street Address

State and Zip Code    Louisville, Ky

Telephone Number

E-mail Address

— Crude Mafia Attorney manifume 5-27-21 provides allocation to Doodie's mama & Dude German offering #4mil to 1092 people to Never know me again — Need to Always know "1092 people!"