UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LESLIE P. PAL,

    Plaintiff,

v.                                          Case No: 8:21-cv-2850-CEH-JSS

JOHN DOE, DAVE SCOFF, GREG
SHIELDS and SIMONS SANGUIN,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on February 15, 2022 (Doc. 6). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied without prejudice; and (2) Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure. Further, the Magistrate Judge recommends that the amended complaint, if any, be due within twenty (20) days of the date of this order.

Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) is DENIED without prejudice.

(3) Plaintiff's Complaint (Dkt. 1) is DISMISSED without prejudice.

(4) Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within twenty (20) days of the date of this Order. Plaintiff should also file a renewed Motion for Leave to Proceed *in Forma Pauperis* when the amended complaint is filed. Failure to file an amended complaint within the time provided will result in this matter being dismissed without further notice of the Court.

**DONE AND ORDERED** at Tampa, Florida on March 4, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record