# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LESLIE P. PAL,

    Plaintiff,

v.                                                 Case No: 8:21-cv-2850-CEH-JSS

JOHN DOE, BRIAN SCHWALBACH,
DAVE COLLINS, POWELL FAMILY
and CRAFT / WHITTMEYER
FAMILY,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Plaintiff's *pro se* Motion to Reopen Case (Doc. 20), filed on June 7, 2022. In the motion, Plaintiff seeks to reopen and reseal the case. This action was dismissed and closed on April 4, 2022. *See* Doc. 11. The Plaintiff's prior motion to re-open the case (Doc. 14) was denied on June 3, 2022 (Doc. 19). In the instant motion to reopen, Plaintiff again fails to provide any legal basis to support reopening this case.[1] The motion contains driver's license, financial, and other personal identifying information, and thus the Court will grant the request to seal, but only as to the motion, not the entire case. Having considered the motion

---

[1] Like the prior motion and the Plaintiff's Complaint, the instant motion is a hand-written, rambling list of names, financial information, and disjointed sentences that does not cite to any legal authority, does not comply with the federal and local rules, and is unintelligible.

and being fully advised in the premises, the Court will deny Plaintiff's motion to reopen case and grant in part Plaintiff's motion to seal. Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion to Reopen Case (Doc. 20) is **DENIED**. Plaintiff's request to seal the case is **GRANTED in part** to the extent that Plaintiff's motion (Doc. 20) is to remain sealed. In all other respects, the motion to seal is **DENIED**.

2. The Clerk is directed to email a copy of this Order and the Court's Order (Doc. 19) denying Plaintiff's previously filed Motion to re-open to Plaintiff at lesliepal9@yahoo.com.

**DONE AND ORDERED** in Tampa, Florida on June 10, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Leslie P. Pal, *pro se*